IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCKHILL DIVISION

| | | |
|---|---|---|
| Terrence Frazier, | ) | C.A. No. 0:08-2764-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Chief Mickey Boland; Detective Brian Lewis, | ) | |
| Ware Shoals Police Department; Investigator | ) | |
| Kenneth Downing, Greenwood Sheriffs | ) | |
| Department, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil rights action filed by a pretrial detainee *pro se*. (Doc. # 1). This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Paige J. Gossett, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Gossett recommends that the defendants' motions (Docs. # 25 & 31) be granted. (Doc. # 46).

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report.[1] In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the

---

[1] The Report was sent to the plaintiff at the only address provided by the plaintiff on file with the clerk's office. The Report was returned.

1

recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 46), and defendants' motions (Docs. # 25 & 31) are granted.

**IT IS SO ORDERED.**


                                    s/ Terry L. Wooten
                              **TERRY L. WOOTEN**
                              **UNITED STATES DISTRICT JUDGE**



September 11, 2009
Florence, South Carolina